IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 18-04655 |
| FRANCIS O. BENIANA and RITA BENIANA, | CHAPTER 7 |
| Debtors. | JUDGE JACK B. SCHMETTERER |

## NOTICE OF MOTION

TO:

Francis O. Beniana
Rita Beniana
2532 W. Birchwood Ave.
Apt. D
Chicago, IL 60645
**BY U.S. MAIL**

David M. Siegel, Attorney for Debtors      **BY ELECTRONIC TRANSMISSION**
Joseph A. Baldi, Chapter 7 Trustee         **BY ELECTRONIC TRANSMISSION**

PLEASE TAKE NOTICE that on March 27, 2018, at 10:00 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable JACK B. SCHMETTERER, Bankruptcy Judge, at **219 South Dearborn Street, Courtroom #682, Chicago, Illinois**, and then and there present the attached Motion to Modify the Automatic Stay, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 15th day of March, 2018.

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax:  : (708) 922-3302
Atty. for TOYOTA MOTOR CREDIT CORPORATION, its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>FRANCIS O. BENIANA and<br>RITA BENIANA,<br><br>Debtors. | NO.  18-04655<br>CHAPTER 7<br><br>JUDGE JACK B. SCHMETTERER |

## MOTION TO MODIFY AUTOMATIC STAY

Now comes TOYOTA MOTOR CREDIT CORPORATION, its successors and/or assigns, (hereinafter referred to as "Movant"), a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On February 21, 2018, the Debtors herein filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. Movant is a creditor of the Debtors with respect to a certain indebtedness secured by a lien upon a 2015 Toyota RAV4 motor vehicle, with an outstanding balance of $14,774.72 as of 3/14/2018.

3. The Debtors have not offered, and Movant is not receiving, adequate protection for its secured interest or depreciating value.

4. The Debtors have no equity in the aforesaid motor vehicle, and the said motor vehicle is not necessary to an effective reorganization by the Debtor.

5. Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and in foreclosing its security interest therein.

6. The account is past due in the amount of $2,059.99 as of 3/14/2018.

7. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, TOYOTA MOTOR CREDIT CORPORATION, its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said TOYOTA MOTOR CREDIT CORPORATION, its successors and/or assigns, to take possession of and to foreclose its security interest in a certain 2015 Toyota RAV4 motor vehicle, V.I.N. JTMBFREVXFJ028438, and for such other and further relief as this Court may deem just.

        TOYOTA MOTOR CREDIT CORPORATION, its Successors and/or Assigns

BY:     /s/ Terri M. Long
       TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for TOYOTA MOTOR CREDIT CORPORATION, its Successors and/or Assigns

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| JTMBFREVXFJ028438 | 2015 | TOYOTA | RAV4 | CARRYALL | 15183685227 |

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 07/02/15 | 4 | | | 05/30/15 NEW | ORIGINAL |

**MAILING ADDRESS**

**LEGEND(S)**

**ACTUAL MILEAGE**

TOYOTA MOTOR CREDIT CORP
PO BOX 105386
ATLANTA  GA  30348-5386

**OWNER(S) NAME AND ADDRESS**
BENIANA INC
FRANCIS BENIANA



**FIRST LIENHOLDER NAME AND ADDRESS**
TOYOTA MOTOR CREDIT CORP
PO BOX 105386
ATLANTA  GA  30348-5386

**SECOND LIENHOLDER NAME AND ADDRESS**

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____  By _____  Date _____
Firm Name           Signature of Authorized Agent

_____  By _____  Date _____
Firm Name           Signature of Authorized Agent

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party                Address:

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ _____ NO TENTHS
ODOMETER READING
Signature(s) of Seller(s) _____

[ ] 1. The mileage stated is in excess of its mechanical limits.
[ ] 2. The odometer reading is not the actual mileage.
    WARNING-ODOMETER DISCREPANCY.

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

Printed Name(s) of Seller(s) _____  DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO.    THE STATE OF ILLINOIS AT SPRINGFIELD

M3242655

*Jesse White*

JESSE WHITE, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS