**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s) Francis O. Beniana and Rita Beniana    Case No. 18-04655   Chapter 7

All Cases: Name of Moving Creditor Toyota Motor Credit Corporation   Date Case Filed 2/21/18

Nature of Relief Sought:   X Lift Stay      Annul Stay      Other (describe)_____

Chapter 13: Date of Confirmation Hearing_____ or Date Plan Confirmed_____

Chapter 7:     No-Asset Report Filed on _____
               X  No-Asset Report not Filed, Date of Creditors Meeting       3/22/2018

1. Collateral
   a.   Home _____
   b.   X Car   Year, Make and Model 2015 Toyota RAV4
   c.   Other_____

2. Balance Owed as of Petition Date $14,774.72 as of 3/14/2018
   Total of all other Liens against Collateral $_____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral  $ 14,575.00

5. Default
   a.   X   Pre-Petition Default
        Number of months     5         Amount  $2,059.99
   b.       Post-Petition Default
        i.    On direct payments to the moving creditor
              Number of months _____     Amount $_____
        ii.   On payments to the Standing Chapter 13 Trustee
              Number of months _____     Amount $ _____

6. Other Allegations
   a.   Lack of Adequate Protection § 362 (d)(1)
        i.    No insurance
        ii.   Taxes unpaid     Amount $ _____
        iii.  Rapidly depreciating asset _____
        iv.   Other _____

   b.   X No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)

   c.   Other "Cause" § 362 (d)(1)
        i.    Bad Faith (describe) _____
        ii.   Multiple filings _____
        iii.  Other (describe) _____

   d.   Debtor's Statement of Intention regarding the Collateral
        i.    X Reaffirm  ii.  Redeem  iii.  Surrender  iv.  No Statement of Intention Filed

Date:  3/15/2018                            /s/ Terri M. Long
                                            Counsel for Movant